REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

18 MAR 28 PM 4: 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No.  1:18-CR-24 |
| | ) | Violations:  21 U.S.C. § 841(a)(1), |
| ANTHONY HENDERSON | ) | 21 U.S.C. § 856(a)(1) & 18 U.S.C. §2 |
| | ) | and 18 U.S.C. §§ 924(c) & 922(g)(1) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 5, 2017, in the Northern District of Indiana,

ANTHONY HENDERSON,

defendant herein, did knowingly and intentionally distribute a controlled

substance in Schedule I and II, including fentanyl, a Schedule II controlled

substance;

All in violation of 21 U.S.C. § 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about September 5, 2017, in the Northern District of Indiana,

ANTHONY HENDERSON,

defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being distributing a controlled substance as alleged in Count 1;

All in violation of 18 U.S.C. § 924(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about October 5, 2017, in the Northern District of Indiana,

ANTHONY HENDERSON,

defendant herein, did knowingly and intentionally distribute a controlled substance in Schedule I and II, including fentanyl, a Schedule II controlled substance;

All in violation of 21 U.S.C. § 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

From on or about October 27, 2017, and continuing until on or about March 8, 2018, in the Northern District of Indiana,

### ANTHONY HENDERSON,

defendant herein, did knowingly open, lease, rent, use and maintain a place, namely 2611 Fairfield View Place, Fort Wayne, Indiana, whether permanently or temporarily, for the purpose of distributing a controlled substance, including fentanyl, methamphetamine, and cocaine, all Schedule II controlled substances;

All in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

Between on or about September 5, 2017 and on or about March 8, 2018,

in the Northern District of Indiana,

### ANTHONY HENDERSON,

defendant herein, being a person who had been convicted in a court of a crime

punishable by imprisonment for a term exceeding one year, that is to say:

On or about June 10, 2014, the defendant was sentenced on his conviction in 3rd Circuit Criminal Court, State of Michigan, cause number 14-003067-01-FH, for Weapons-Carrying Concealed (Attempt), a felony; and

On or about January 27, 2016, the defendant was sentenced on his conviction in 3rd Circuit Criminal Court, State of Michigan, cause number 15-007941-01-FH, for Weapons-Carrying Concealed, a felony;

did knowingly possess in and affecting commerce a firearm;

All in violation of 18 U.S.C. § 922(g)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

Between on or about October 27, 2017, and on or about March 8, 2018, in the Northern District of Indiana,

### ANTHONY HENDERSON,

defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being maintaining a drug-involved premises as alleged in Count 4;

All in violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the statutes listed below.

Upon conviction of the controlled substance offenses alleged in Counts 1, 3, and 4 of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

Upon conviction of the firearms offenses alleged in Counts 2, 5, and 6 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) and ammunition involved in the commission of the offense(s).

A TRUE BILL

_____/s/ Foreperson_____
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

_____/s/ Anthony W. Geller_____
By:   Anthony W. Geller
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: Anthony.geller@usdoj.gov